IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT TAYLOR,                       :

    Plaintiff,                    :

vs.                                  :   CIVIL ACTION 06-00365-BH-B

CAPTAIN ROBINSON, *et al.*,          :

    Defendants.                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 14) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 23, 2008, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the Third and Fourth Amended Complaints (Docs. 11 & 12) be and are hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 21st day of February, 2008.

                                              s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE