IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT TAYLOR,** ) | |
| ) | |
| **Plaintiff ,** ) | |
| ) | |
| v. ) | Case No. 2:08-cv-00311-SLB-RRA |
| ) | |
| **CAPTAIN ROBINSON,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report on March 21, 2008, recommending that this action be dismissed as frivolous and for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

Done this 24th day of April, 2008.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE